ACCEPTED
15-25-00148-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 3:51 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00148-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 3:51:03 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS

TEXAS EDUCATION AGENCY
*Appellant*

v.

EXCELLENCE 2000 INC.
*Appellee*

On Appeal from the 125th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2022-55524

## EXCELLENCE 2000, INC.'S MOTION FOR EXTENSION

Melvin Houston
State Bar No. 00793987
HOUSTON LAW GROUP, PLLC
3033 Chimney Rock, Suite 610
Houston, Texas 77056
(713) 212-0600
(713) 212-0290 (facsimile)
mhouston@gotellmel.com

**Attorney for Excellence 2000, Inc.**

**TO THE HONORABLE JUSTICES OF THE COURT:**

Excellence 2000, Inc. respectfully requests a 30-day extension of time to file its Response under Texas Rules of Appellate Procedure and in support would show as follows:

1. The Texas Education Agency ('TEA") Brief was filed on September 22, 2025.

2. As indicated in the certificate of conference, TEA does ***not*** oppose this extension.

3. The current filing deadline for the Response is October 13, 2025.

4. Excellence 2000, Inc. requests a 30-day extension of the current filing deadline, which would make the Response due November 13, 2025.

5. Counsel has been reviewing the extensive Brief, the Record and the First Court of Appeal's decision. However, despite diligent efforts to complete the Response, counsel needs additional time to complete the Response because of concurrent deadlines and requirements in other matters:

   • *Edmonson v. Turner*, Cause No. 2023-002666-3, In the County Court at Law, Number 3, Tarrant County, Texas

   • *Sanchez v. Hernandez*, Cause No. 01-24-00987-CV; In the First Court of Appeals, Harris County, Texas

   • *Carke v. Jereh*, Cause No. 2020-68829, In the 61st Judicial District Court, Harris County, Texas

6. This extension is not sought for the purposes of delay but so that justice may be done.

WHEREFORE, Excellence 2000, Inc. respectfully requests the Court grants this motion and extend the deadline for filing the Response to November 13, 2025.

Respectfully submitted,

*/S/ Melvin Houston*
Melvin Houston
State Bar No. 00793987
HOUSTON LAW GROUP, PLLC
3033 Chimney Rock, Suite 610
Houston, Texas 77056
(713) 212-0600
(713) 212-0290 (facsimile)
mhouston@gotellmel.com
**ATTORNEY FOR APPELEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel on October 8, 2025. Counsel for Appellant opposes the relief requested in this motion.

*/S/ Melvin Houston*
Melvin Houston

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion to Dismiss was served on

the following counsel of record by electronic service on October 8, 2025 to:

JOE NWAOKORO
Assistant Attorney General
Texas Bar No. 24032916
Joe.nwaokoro@oag.texas.gov
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
***Counsel for Appellant***

*/s/ Melvin Houston*
Melvin Houston

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melvin Houston on behalf of Melvin Houston
Bar No. 793987
mhouston@gotellmel.com
Envelope ID: 106615300
Filing Code Description: Motion
Filing Description: Appellee's Motion for Extension
Status as of 10/8/2025 3:55 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nikeyla Johnson | 24065505 | njohnson@contactjohnsonlawfirm.com | 10/8/2025 3:51:03 PM | SENT |
| Joe Nwaokoro | | Joe.Nwaokoro@oag.texas.gov | 10/8/2025 3:51:03 PM | SENT |
| Mary Sifuentes | | Mary.Sifuentes@oag.texas.gov | 10/8/2025 3:51:03 PM | SENT |
| Melvin Houston | 793987 | mhouston@gotellmel.com | 10/8/2025 3:51:03 PM | SENT |